UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---

RICHARD RALPH GUARNEROS,

                Plaintiff,

  - against -

GREEN PARTY OF COLORADO

                Defendant.

Docket No. 1:19-cv-00139

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Richard Ralph Guarneros ("Guarneros" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Green Party of Colorado ("Green Party" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a Denver City Park Sunset, owned and registered by Guarneros, a Colorado based professional photographer. Accordingly, Guarneros seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq.*

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in Colorado.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Guarneros is a professional photographer in the business of licensing and selling his photographs having a usual place of business at 5914 South Datura Street, Unit 3, Littleton, Colorado 80120.

6. Upon information and belief, Green Party has a place of business at 8233 E Davies Avenue, Centennial, Colorado 80112. At all times material, hereto, Green Party has owned and operated a website at the URL: www.DenverGreenParty.org (the "Website").

## STATEMENT OF FACTS

**A.  Background and Plaintiff's Ownership of the Photograph**

7. Guarneros photographed a Denver City Park Sunset (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Guarneros published the Photograph on his Fine Art America page with a credit besides the Photograph. See Exhibit B.

9. Guarneros is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

10. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-132-208.

**B.  Defendant's Infringing Activities**

11. Green Party ran an article on the Website entitled *Denver Green Party recommendations for the 2018 municipal ballot questions*. See: https://denvergreenparty.org/2018/10/21/denver-green-party-recommendations-for-the-2018-municipal-ballot-questions/. The article featured the Photograph. A true and correct copy of the article and a screenshot of the Photograph on the article are attached hereto as Exhibit C.

12. Green Party did not license the Photograph from Plaintiff for its article, nor did Green Party have Plaintiff's permission or consent to publish the Photograph on its Website.

**FIRST CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)**
**(17 U.S.C. §§ 106, 501)**

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Green Party infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Green Party is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Defendant have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

**SECOND CLAIM FOR RELIEF**
**INTEGRITY OF COPYRIGHT MANAGEMENT INFORMATION AGAINST**
**DEFENDANT**
**(17 U.S.C. § 1202)**

18. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-17 above.

19. Upon information and belief, in its article on the Website, Defendant copied the Photograph from Guarneros' Fine Art America page which contained a credit next to the Photograph identifying Guarneros as the photographer of the Photograph.

20. Upon information and belief, Green Party intentionally and knowingly removed copyright management information identifying Plaintiff as the photographer of the Photograph.

21. Upon information and belief, Green Party added their own logo to the Photograph.

22. The conduct of Green Party violates 17 U.S.C. § 1202(b).

23. Upon information and belief, Green Party's falsification, removal and/or alteration of the aforementioned copyright management information was made without the knowledge or consent of Plaintiff.

24. Upon information and belief, the falsification, alteration and/or removal of said copyright management information was made by Green Party intentionally, knowingly and with the intent to induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph. Green Party also knew, or should have known, that such falsification, alteration and/or removal of said copyright management information would induce, enable, facilitate, or conceal their infringement of Plaintiff's copyright in the Photograph.

25. As a result of the wrongful conduct of Green Party as alleged herein, Plaintiff is entitled to recover from Green Party the damages, that he sustained and will sustain, and any gains, profits and advantages obtained by Green Party because of their violations of 17 U.S.C. § 1202, including attorney's fees and costs.

26. Alternatively, Plaintiff may elect to recover from Green Party statutory damages pursuant to 17 U.S.C. § 1203(c) (3) in a sum of at least $2,500 up to $25,000 for each violation of 17 U.S.C. § 1202.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Green Party be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. The Defendant Green Party be adjudged to have falsified, removed and/or altered copyright management information in violation of 17 U.S.C. § 1202.

3. That Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

4. That, with regard to the Second Claim for Relief, Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's falsification, removal and/or alteration of copyright management information; or b) alternatively, statutory damages of at least $2,500 and up to $ 25,000 for each instance of false copyright management information and/or removal or alteration of copyright management information committed by Defendant pursuant to 17 U.S.C. § 1203(c);

5. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

6. That Plaintiff be awarded punitive damages for copyright infringement;

7. That Plaintiff be awarded attorney's fees and costs;

8. That Plaintiff be awarded pre-judgment interest; and

9. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
January 16, 2019

                LIEBOWITZ LAW FIRM, PLLC

                By: /s/Richard Liebowitz
                Richard Liebowitz
                11 Sunrise Plaza, Suite 305
                Valley Stream, New York 11580
                Tel: (516) 233-1660
                RL@LiebowitzLawFirm.com

                *Attorneys for Plaintiff Richard Ralph Guarneros*